EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rebecca Santiago Méndez | 2019 TSPR 111 <br><br> 202 DPR ____ |

Número del Caso:  TS-7,052


Fecha: 7 de junio de 2019


Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Rebecca Santiago Méndez          TS-7,052

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de junio de 2019.

Examinada la *Moción urgente sobre certificación de cumplimiento de educación continua y reinstalación al ejercicio de la abogacía,* se reinstala a la Sra. Rebecca Santiago Méndez únicamente al ejercicio de la abogacía.

**Notifíquese inmediatamente.**

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo